CHRISTOPHER WIMMER (SBN 263275)
EMERGENT
25 Taylor Street
San Francisco, California 94102
p: 415/894-9284
f: 415/276-8929
e: chris@emergent.law

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SKURKIS, TRINADH BYLIPUDI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARMANDO MONTELONGO; ARMANDO MONTELONGO SEMINARS, LLC; PERFORMANCE ADVANTAGE GROUP, INC.; and 2015 LICENSE BRANDING, LLC;<br><br>Defendants. | Case No.<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMAND** |

## INTRODUCTION

1. Armando Montelongo ("Montelongo") and his companies and allies have made hundreds of millions of dollars selling real estate education programs to Americans who long for financial independence. Yet their central claim—that Montelongo's "system" for flipping homes yields profits anywhere in the nation, no matter what the state of the real estate market—is a lie, and their widespread promotion of that lie over a course of years violates the federal Racketeering Influenced and Corrupt Organizations Act ("RICO"). By this action, 164 former students now seek to remedy the financial devastation wreaked by that falsehood.

## FACTUAL BACKGROUND

### A. THE ARMANDO MONTELONGO SEMINARS

2. Armando Montelongo ("Montelongo") began his career as a real estate investor in Texas in 2001 and began offering real estate investment seminars in 2005. He rose to national prominence between 2006 and 2008 as a star on the A&E reality show "Flip This House," and when he departed the show used his stardom to expand his seminar offerings nationwide. He now offers his seminars through a web of companies, including defendants Armando Montelongo Seminars, LLC, Performance Advantage Group, Inc., and 2015 License Branding, LLC. Montelongo and these entities (collectively, "Defendants"), along with other entities and individuals not yet known to the plaintiffs, operate together an enterprise called here the "Armando Montelongo Seminars," or "AMS."

3. What Defendants claim to offer through AMS's education programs is a "methodical step-by-step system for building wealth in real estate" modeled on Montelongo's own experiences. Their website (armandomontelongo.com) claims: "I was fortunate enough to find millionaire mentors without whom I would have lost a lot of time, money, and hope. They helped me accomplish my goals and reach my dreams. This is why I am happy to share my secrets and help others succeed. Coming from living in my in-law's garage and $50,000 in debt, I know what it's like to struggle. I am the epitome of the American dream. I turned my misfortunes into millions, and I can help you do the same." That same website also claims that the AMS system is


EMERGENT LEGAL

bulletproof: "Armando's step-by-step methodical system works in any financial market, at any given time."

4. The Defendants offer the AMS system through several education products (sometimes called "events"). According to their website, they sell:

a. The "preview event," "taught by Armando's personal partners, provides an inside look at the house flipping business and teaches you about proven house flipping techniques. Network with successful partners and learn why anytime is the time for real estate. Learn about how to make money by flipping houses, build a retirement income through cash flow properties, and about how to keep your wealth through asset protection. . . . . At the Preview Events, you will: Network with Armando's hand-picked partners. See the options you can begin in real estate. Learn Armando's step-by-step system to investing. …and so much more!"

b. The "foundation event" is "an intensive, information packed workshop that gives you the foundation to build your own house flipping business. Learn all about how to find and fund your deals, how to use the techniques and rules Armando actively uses, and how to overcome common difficulties in real estate. [¶] The three day event covers all important topics for beginning real estate investors. You will learn the ABC's of real estate investing, such as: After repair value vs. fair market value[;] The 1% Rule versus Mixed Rate[;] Various options for fixing and flipping[.] Upon completion of this in-depth, accelerated seminar, you'll be equipped all the groundwork necessary for flipping properties."

c. The "bus tour" is a "three day event filled with Armando's most successful and exclusive partners and students. At the bus tour, you will learn first-hand about house flipping techniques and easy fixes for profit and personal tips and advice from Armando Montelongo. [¶] This is your opportunity to network with other investors, money lenders, and students from all across the US. Learn how to properly assess properties with Armando and his most successful students as your

guide. A one-of-a-kind event taught by Armando himself[;] Get hands-on training from a team of mentors[;] Network with other investors, money lenders, & students[;] Learn how to have a successful business[.] It took Armando a decade to establish his phenomenal house-flipping system. Learn it from the bus tour in just 3 days!"

d. "Continuing education" services, including the "asset protection" program, which Defendants claim teaches "the most essential tools for protecting your finances," "healthy, strategic, and beneficial business planning," "[i]nformation on corporate structure and management," and "the latest information on how to save tax money for your business"; the "market domination" program, which Defendants claim provides "the most efficient ways to flip in any market at this two day event," "training on how to flip and find deals in the smallest markets," and "where the top real estate markets in the nation are," and gives students the chance to "[n]etwork with sellers and investors to get tips from markets nationwide"; the "cash flow" program, which Defendants claim teaches students "to manage rental properties," "the system for rehabbing different types of rental properties[,]" "how to work with the always changing commercial market[,]" and how to "[a]ccelerate your real estate portfolio with commercial flips"; and the "master mentor" program, which Defendants claim gives students "access to Armando's real estate hotline for any of your questions," "personal coaching and training on investment techniques," and "concepts and techniques created [sic] your personal mentor," and permits them to "follow up with a mentor to find what works best for your business."

**B. DEFENDANTS' FRAUDULENT SCHEME**

5. Although the ostensible purpose of these programs is to educate students about how to gain economic security and independence by flipping houses, their real aim and result is to enrich Montelongo and his related entities and allies at the students' expense. The "seminars" or "events" are not genuine educational offerings, but ruses to sell more AMS products. At the free



EMERGENT LEGAL

preview event, the students are sold the approximately $1,500 "foundation" course; at the foundation course they are sold bus tour packages priced between $18,000 and $54,000; and on the bus tours they are sold additional $5,000 to $27,000 "asset protection," $25,000 "market domination," $5,000 "cash flow," and $25,000 "master mentor" programs.

6. Defendants sell their products using coercion and deception. At the group events, students are crowded together into rooms or buses, where they are pounded with loud music, flashing lights, and chanting; told not to take breaks or leave the room lest they miss a critical piece of information; and deprived of food and sleep by seminars that run until late in the night without cease, and which begin again early the next morning. This atmosphere is built on the model of a cult. Former AMS insiders report that, before he expanded his seminars in 2008, Montelongo studied a film about "mind control cults," and used it to develop the AMS programs. At the end of the events, when the students are physically and mentally exhausted, they are inveigled by promises that, if they purchase the next AMS product in line that very day, they will finally get the information that will make them successful in real estate investing (*i.e.*, the information they were told they would get in the event they already purchased). Having committed thousands of dollars to the AMS programs, and desperate to recoup their investment, many students comply and purchase more high-priced AMS products.

7. As another example of the Defendants' sales tactics, they claim to offer students a "Triple your Money Back Limited Guarantee," under which the Defendants purportedly promise to refund students' money if they follow the AMS system and yet do not make three times their purchase price back from real estate investments. This guarantee is persuasive, and a significant factor in convincing many students to purchase AMS programs. This guarantee is, however, a sham. Information shared by insiders of AMS reveals that the Defendants do not intend to honor these guarantees, and in fact direct their sales agents not to sign the guarantees on behalf of the Defendants, believing that would render them unenforceable.

8. These high-pressure sales tactics and promises of future fortune do not come with any educational substance. The core of AMS's "methodical step-by-step system" is so simple it

can be taught in a sentence: Take out high-interest debt to purchase dilapidated homes, make cosmetic repairs, and then quickly flip them to the next investor. It is also a recipe for financial disaster, at least since the real estate crash of 2006 to 2012 and at least in some markets. Homes cannot be reliably sold in a short window for prices high enough to cover the debt (especially when that debt is financed by high-interest hard money lenders), leaving students with either unsaleable homes that end up in foreclosure or losses on their deals; federal and state regulations have altered the legality and profitability of house-flipping; many lenders and developers in the rehabilitation market (including those promoted by Defendants) are unscrupulous; and so many investors have entered the rehabilitation market (driven, in part, by the AMS seminars) that students are unable to find suitable investment properties—leaving them with debts from the AMS seminars and their retirement withdrawals, and no potential of recouping their losses. Thus, contrary to Defendants' central claim, the "system" does not "work[] in any financial market, at any given time."

9. Defendants market the AMS programs extensively through websites, email campaigns, television, and social media (in legal parlance, "the wires") in the hopes of luring students to attend the programs, where they will be deceived into purchasing additional AMS products. To name only a small subset of these communications for purposes of the RICO pleading requirements:

a. On October 18, 2011, Montelongo posted on his Facebook page a link and photos from the "AM Bus Tour September 2011" page.

b. On January 28, 2012, Montelongo posted on his Facebook page photos from a bus tour in Cerritos, California.

c. On March 13, 2012, Montelongo posted on his Facebook page photos from a bus tour in Pomona, California.

d. On July 13, 2012, Montelongo posted on his Facebook page photos from a bus tour.

e. On September 22, 2012, Montelongo sent an email blast titled "Executive Summary – Day 6 of 6 High Level Investment Strategy."

f. On September 24, 2012, Montelongo sent an email blast titled "Armando Says – 'This Is a First Ever.'"

g. On September 26, 2012, Montelongo sent an email blast titled "Armando's Double Header Reminder."

h. On October 2, 2012, Montelongo sent an email blast titled, "Best Opportunity Ever."

i. On November 3, 2012, Montelongo posted on his Facebook page photos showing "Three full days of Armando teaching his AMazing students how to Dominate their Market."

j. On March 12, 2013, Montelongo posted on his Facebook page photos from a bus tour captioned "Best Real Estate Seminars in the business."

k. On June 23, 2013, Montelongo posted on his Facebook page photos showing "Students continu[ing] their education during June's Cash Flow weekend" program.

l. On August 25, 2013, Montelongo posted on his Facebook page photos of students "learn[ing] real estate from Armando Montelongo and his team" on a bus tour.

m. On October 3, 2013, Montelongo posted on his Facebook page photos from a bus tour in San Antonio, Texas.

n. On November 8, 2013, Montelongo posted on his Facebook page photos from a bus tour in Phoenix, Arizona.

o. On April 27, 2014, Montelongo posted on his Facebook page a video from a bus tour in Miami, Florida.

p. On July 13, 2014, Montelongo posted on his Facebook page a video from a bus tour.

q. On August 24, 2014, Montelongo posted on his Facebook page a video from a bus tour.

r. On February 6, 2015, Montelongo and a number of his companies' employees appeared on the CBS show "Undercover Boss."

s. On July 28, 2015, Montelongo posted on his Facebook page a photo and invitation to the introductory AMS events.

t. On November 23, 2015, Montelongo posted on his Facebook page photos from an AMS "bootcamp" event in Las Vegas, Nevada.

u. On December 10, 2015, Montelongo posted on his Facebook page a video from a bus tour in Miami, Florida.

v. On January 12, 2016, Montelongo posted a video on YouTube promoting the AMS "asset protection" program.

w. On February 23, 2016, Montelongo posted on his Facebook page a photo from a bus tour.

x. Since about August 2006 and continuously to late February 2016, the Defendants have maintained the website at armandomontelongo.com and promoted the AMS programs there.

**C. THE HARM TO THE STUDENTS**

10. The Defendants' conduct has caused actual damages to students in multiple ways. For one, the students pay thousands of dollars (and sometimes tens of thousands of dollars) for real estate investment education that, contrary to the Defendants' promises, does not give them the skills necessary to succeed "in any financial market, at any given time," but is instead a jumble of empty, contradictory aphorisms and outdated, risky strategies that might have been useful in 2005, when Montelongo launched his seminars, but that have failed to keep up with the changing market and legal landscape; and that ignores critical distinctions between various states' treatment of mortgages, costs of construction, taxes, and insurance requirements. Sometimes, Defendants even

fail to provide the promised services at all, charging students for AMS programs, and then providing neither the purchased services nor refunds.

11. The Defendants also harm students by encouraging them to work with AMS allies—"mentors" who are paid to provide the students with supposedly in-depth advice on rehabilitating particular types of properties and changing market conditions, but who often lack the experience to provide insight, take advantage of the students' trust to enrich themselves, or simply fail to respond to student questions; "hard money lenders" or "gap funders" who lend money to the students to purchase their homes at extremely high rates; and "developers" who solicit investments from students to be used in rehabilitation deals. Although the Defendants handpick mentors, lenders, and developers, recommend to students that they work with those particular individuals, and benefit from these recommendations by appearing to offer students a comprehensive, practical program for real estate investing, they refuse to take responsibility when those allies cause students harm—such as when mentors give bad (or no) advice, lenders overcharge, and developers run the students' projects into the ground or simply abscond with the students' money.

12. To further their scheme, the Defendants also encourage students to transfer money in their employer-controlled or other secure retirement accounts to self-directed IRAs, and then use those funds to purchase more AMS education or invest in properties (frequently with AMS-allied developers)—making the students' money vulnerable to the Defendants and their allies' predation, and exposing the students to significant taxes and penalties. Although the Defendants deliberately cultivate the students' trust in Montelongo's superior real estate and financial expertise, they do not warn the students of these risks.

13. The AMS enterprise has been hugely successful. In 2011, Inc. 500 listed Montelongo's group of companies as the 19th fastest growing business in the nation, and in 2013, Montelongo claimed to Forbes magazine that his seminars would bring in $100 million that year alone from 350,000 students attending over 3,500 events. On information and belief, those numbers continue to grow.

**D. THE STUDENT PLAINTIFFS**

14. The 164 student plaintiffs who bring this complaint ("the Students") are all victims of the Defendants' fraudulent scheme. Each purchased the AMS foundation event, bus tour, asset protection, market domination, cash flow, or master mentor products; attended those events and attempted to employ the "advice" they received; and suffered financial injury as a result, including the money they paid directly to the Defendants, the expenses they incurred to attend AMS events, the investments they lost due to the Defendants' empty "system," predation by the Defendants' allies, penalties from their use of retirement funds, interest on consumer debt used to purchase AMS seminars, damage to their credit rating, and bankruptcy. Many have also suffered severe emotional distress. The Defendants' scheme has destroyed livelihoods, wrecked marriages, driven students into clinical depression, and even resulted in suicide. The individual Students are listed in Exhibit A.

**E. RICO ALLEGATIONS**

15. The persons culpable for the pattern of racketeering activity and conspiracy to commit it are defendants Montelongo, Armando Montelongo Seminars, LLC, Performance Advantage Group, Inc., and 2015 License Branding, LLC, and entities and individuals not yet known to the Students.

16. The enterprise operated by these culpable persons is referred to here as "Armando Montelongo Seminars," or "AMS," and is comprised of Montelongo, the defendant companies, and the Doe entities and individuals.

17. The activity of the enterprise and the racketeering acts described here affect interstate commerce, because the AMS enterprise is primarily located in Texas, and yet conducts business and defrauds students throughout the United States.

18. The Defendants have engaged in racketeering activity, including the instances of wire fraud described in paragraph 9.

19. These acts constitute wire fraud because the Defendants developed a scheme to defraud the Students out of their money by false promises and misrepresentations about their

products and about the market for house flipping; the Defendants had the intent to defraud the Students; it was reasonably foreseeable to the Defendants that the wires would be used in that scheme; and the Defendants used the wires to further that scheme.

20. The Defendants have conducted the enterprise through a pattern of racketeering activity that satisfies both the close-ended and open-ended continuity requirements of RICO, because (a) they committed at least two acts of wire fraud within ten years that were related in their purpose, results, participants, victims, and methods of commission; and (b) the Defendants threaten to continue to carry out wire fraud in the same manner and to the same ends now—despite the epochal housing crash and the resulting sea change in the legal and financial real estate landscape, the Montelongo website continues to market the AMS system as one that "works in any financial market, at any given time."

21. The Students are persons who have sustained injury to their business or property by reason of the Defendants' racketeering activity and overt acts committed in furtherance of their conspiracy to operate the enterprise.

22. The Students do not believe their claims are barred by the statute of limitations but, if any Student's claim would be barred in whole or in part, the Defendants may not rely upon that bar because they fraudulently concealed from the Students that the AMS programs exist only to sell more AMS programs and did not confer the skills promised, giving rise to equitable tolling.

**F. PARTIES, JUSRIDICTION, AND VENUE**

23. The Students are residents of cities across the United States, as detailed in Exhibit A.

24. On information and belief, Armando Montelongo is a resident of San Antonio, Texas.

25. On information and belief, Armando Montelongo Seminars, LLC is a limited liability company with its principal place of business in San Antonio, Texas.

26. On information and belief, Performance Advantage Group, Inc. is a Nevada corporation with its principal place of business in San Antonio, Texas.

27. On information and belief, 2015 License Branding, LLC is a limited liability company with its principal place of business in San Antonio, Texas.

28. This court has subject matter jurisdiction over this action pursuant to 18 U.S.C. § 1964, which gives those injured by RICO violations the right to sue in any United States district court.

29. This court has personal jurisdiction over the Defendants because they conduct substantial business in this district and took actions within this district that harmed the Students, and because 18 U.S.C. § 1965 permits nationwide service of process on defendants who have minimum constitutional contacts with the United States when the ends of justice require—which they do in this instance, because, due to the costs of litigation, amounts at stake, and financial devastation wreaked by the Defendants, this collective action is the only practical means by which the Students can obtain a remedy for the Defendants' misconduct.

30. This court is the proper venue for these claims under 18 U.S.C. § 1965 because the Defendants are found, have agents, and transact their affairs within this district through the Montelongo website, email solicitations, and social media.

## <u>CAUSES OF ACTION</u>

## FIRST CAUSE OF ACTION

## RICO § 1962(c)

## (Conducting a RICO Enterprise by a Pattern of Racketeering Activity)

31. The Students incorporate by reference paragraphs 1 through 30 above.

32. AMS is an enterprise engaged in and whose activities affect interstate commerce. The Defendants are employed by or associated with the enterprise.

33. The Defendants agreed to and did conduct and participate in the conduct of the enterprise's affairs through a pattern of racketeering activity and for the unlawful purpose of intentionally defrauding the Students.

34. Pursuant to and in furtherance of their fraudulent scheme, Defendants committed multiple related acts of wire fraud, including those described in paragraph 9.

35. The acts set forth above constitute a pattern of racketeering activity pursuant to 18 U.S.C. § 1961(5).

36. The Defendants have directly and indirectly conducted and participated in the conduct of the enterprise's affairs through the pattern of racketeering and activity described above, in violation of 18 U.S.C. § 1962(c).

37. As a direct and proximate result of the Defendants' racketeering activities and violations of 18 U.S.C. § 1962(c), the Students have been injured in their business and property.

**SECOND CAUSE OF ACTION**

**RICO § 1962(d)**

**(Conspiring to Conduct a RICO Enterprise by a Pattern of Racketeering Activity)**

38. The Students incorporate by reference paragraphs 1 through 37 above.

39. As set forth above, the Defendants agreed and conspired to violate 18 U.S.C. § 1962(a). Specifically, they agreed to market the AMS programs through a pattern of deceptive behavior and wire fraud, and use the proceeds from their fraud to market and sell still further AMS programs.

40. The Defendants have intentionally conspired and agreed to conduct and participate in the conduct of the affairs of the enterprise through a pattern of racketeering activity. The Defendants knew that their predicate acts were part of a pattern of racketeering activity and agreed to the commission of those acts to further the schemes described above. That conduct constitutes a conspiracy to violate 18 U.S.C.A. § 1962(a) in violation of 18 U.S.C. § 1962(d).

41. As direct and proximate result of the Defendants' conspiracy, the overt acts taken in furtherance of that conspiracy, and violations of 18 U.S.C. § 1962(d), the Students have been injured in their business and property.

**PRAYER FOR RELIEF**

WHEREFORE, the Students pray for:

A. Treble their actual damages in an amount to be determined at trial, but estimated to be in excess of $12 million;

B. Their reasonable attorneys' fees and costs of suit;

C. Pre- and post-judgment interest; and

D. Such other relief as this court deems just and proper.

Dated: February 26, 2016

Respectfully submitted,

EMERGENT

By: ______________________
Christopher Wimmer

Attorneys for Plaintiffs

**DEMAND FOR JURY TRIAL**

Plaintiffs demand a jury trial on all issues triable to a jury in this matter.

Dated: February 26, 2016

Respectfully submitted,

EMERGENT

By: ______________________
Christopher Wimmer

Attorneys for Plaintiffs

# EXHIBIT A

| Last Name | First Name | City | State |
|---|---|---|---|
| Acker | John | Caldonia | NY |
| Allbright | Andrea | Hurst | TX |
| Alvarado-Harris | Diana | Corpus Christi | TX |
| Amato | Rick | San Diego | CA |
| Anteau | Jacqueline | Tarpon Springs | FL |
| Arendt | Kim | Chandler | AZ |
| Leota | Baltzell | Green Cove Springs | FL |
| Barnes | Frizzet | Baltimore | MD |
| Bartelt | Bruce | Phoenix | AZ |
| Bates | Devin | Port Jervis | NY |
| Bauer | Tim | St. Louis | MO |
| Becker | Vi | Arvada | CO |
| Bergami | Kathy | Hurst | TX |
| Brower | Jessica | Fallon | NV |
| Brown | Justin William | Lynn | MA |
| Buckley | Richard | West Layfayette | IN |
| Bunnell | Cecilia | Magnolia | TX |
| Bunnell | Tiffany | Magnolia | TX |
| Burke | Frances | Davie | FL |
| Bylipudi | Trinadh | Edison | NJ |
| Callaway | Daniel | Carmel Valley | CA |
| Castello | Dena | Matawan | NJ |
| Chia | Kum-Lok | Kernersville | NC |
| Claypoole | Sam | Poland | OH |
| Conner | Shawnna | Carrollton | MO |
| Contreras | Gregg | Santa Clarita | CA |
| Correa | Roberto | Culver City | CA |
| Correa | Sherilyn | Culver City | CA |
| Cover | Joan | Winsted | CT |
| Cummins | Jory | Kaneohe | HI |
| Damon | Heather | Honolulu | HI |
| Denny | Pamela | Las Vegas | NV |
| Duque | Pamela | Norco | CA |
| Edwards | Genevieve | Poway | CA |
| Fajardo | James | Avondale | AZ |
| Favorite | Jan | Cornville | AZ |
| Field | Ron | Winter Haven | FL |
| Filippo | Joe | Oklahoma City | OK |
| Florendo | Agnes | San Jose | CA |
| Floyd | Kelly | Joliet | IL |
| Furlow | Karen | Glendora | CA |
| Garcia | Rosalie | Bellflower | CA |
| Gebhardt | Cynthia | Beverly | MA |
| Gebhardt | Joseph | Beverly | MA |

| Last Name | First Name | City | State |
|---|---|---|---|
| Gerhart | Mary | Denver | CO |
| Glass | Susan | Mesa | AZ |
| Glenn | Doug | Enid | OK |
| Gutierrez | Victor | Norwalk | CA |
| Harbolt | Mark | Vacaville | CA |
| Harbolt | Susan | Vacaville | CA |
| Headington | Christina | Redmond | WA |
| Hepburn | Chris | Selinsgrove | PA |
| Hepburn | Nicole | Selinsgrove | PA |
| Hickman | Debe | Sun City | AZ |
| Holstein | Kim | San Tan Valley | AZ |
| Hunter | Gregory | Concord | CA |
| Hunter | Judy | Concord | CA |
| Janesh | Robert | Matawan | NJ |
| Johnson | Jill Morrison | Austin | TX |
| Johnson | Krandall | Haysville | KS |
| Johnson | Monica | Haysville | KS |
| Johnson | Randy Dean | Austin | TX |
| Jones | Cynthia Woods | Pfluerville | TX |
| Jones | Gale | Pfluerville | TX |
| Kaestler | Kelli | East Peoria | IL |
| Kinsey | Howard | Newtonville | NJ |
| Kinsey | Sherrie | Newtonville | NJ |
| Klapcuniak | Dawn | Newark | DE |
| Klapcuniak | Kenneth | Newark | DE |
| Knight | Shannon | San Antonio | TX |
| Knutson | Tammy | Hanford | CA |
| Kurtz | Tamara | Anaheim | CA |
| Kutejova | Liana | Colorado Springs | CO |
| Le Vine | Heather | Harrisburg | NC |
| Ledesma | Anthony | Garland | TX |
| Ledesma | Elizabeth | Garland | TX |
| Louros | Sharon | Apache Junction | AZ |
| Lu | Yasmine | Manhattan Beach | CA |
| Mahoney | Harold | Bebee | AR |
| Mahoney | Lucy | Bebee | AR |
| Martin | Brian | McDonald | PA |
| Martin | Wendy | McDonald | PA |
| Menter | Ellen | Camden | NY |
| Menter | William | Camden | NY |
| Mollica | Nichole | Ooltewah | TN |
| Monson | Andy | Pleasant Grove | UT |
| Monson | Margaret | Pleasant Grove | UT |
| Moore | Robert | Honolulu | HI |

| Last Name | First Name | City | State |
|---|---|---|---|
| Morris | Cindy | Mesa | AZ |
| Morris | Donna | Mesa | AZ |
| Mowery | Barbara | York Springs | PA |
| Mullins-Brill | Sheila | Shartlesville | PA |
| Musilek | Connie | Avondale | AZ |
| Navarro | Fred | West Covina | CA |
| Navarro | Rizalina | West Covina | CA |
| Neri | Michael | Glendora | CA |
| Newsome | Bridgette | Aldan | PA |
| Noonan | Charlotte Christine | Lakeland | FL |
| Noonan | Daryl | Lakeland | FL |
| Norton | Jean | Austin | TX |
| Ocoro | Claudia | Houston | TX |
| Okerman | Karen | Santa Clarita | CA |
| O'Neal | Brian (on behalf of Lesley) | Santa Monica | CA |
| Osborne | Cristine | West Hills | CA |
| Ottelenghi | Diane | Mansfield | OH |
| Parker | Johnnie | Leighton | PA |
| Parmelee | Johnette | Caldonia | NY |
| Pigg | Jen | Edgewater | FL |
| Porter | Knicole | Las Vegas | NV |
| Price-Brown | Stacey | Forest Park | GA |
| Quelet | Linda | Bel Air | MD |
| Ramirez | Mario | Bellflower | CA |
| Rheinecker | Sandra | Eastvale | CA |
| Rich | Cheryl | Attleboro | MA |
| Ritz | Kristy | Kearney | MO |
| Ritz | Robert | Kearney | MO |
| Rodriguez | Barbara | Gardena | CA |
| Rodriguez | Diego | Greenacres | FL |
| Rodriguez | Ivan | Gardena | CA |
| Rogge | Susan | Phoenix | AZ |
| Romeo | Lisa Carillo | Davie | FL |
| Rosales | Israel | Houston | TX |
| Saelg | Carlene | Allen | TX |
| Scearce | Jim | Memphis | TN |
| Scearce | Liz | Memphis | TN |
| Schacter | Vicki | Tarpon Springs | FL |
| Schlecter | Angie | St. Louis | MO |
| Schnoor | Shawn | Mountain Home | AR |
| Scoville | Randolph | Kaneohe | HI |
| Scull | Jorie | Danville | CA |
| Setzer | Sherry Waters | Gastonia | NC |
| Silva | Brooks | Elizabeth | NJ |

| Last Name | First Name | City | State |
|---|---|---|---|
| Simmons | Vicki | Moore | OK |
| Sisnetsky | David | Jackson | NJ |
| Skurkis | Chad | Morris | IL |
| Skurkis | Michelle | Morris | IL |
| Starkey | Suzan | Hendersonville | TN |
| Starks | Dale | Avondale | AZ |
| Strand | Carla | Mesa | AZ |
| Strand | Joe | Mesa | AZ |
| Suing | Karen | Vail | CO |
| Tatum | Laurie | Powder Springs | GA |
| Taylor | Joshua | Peoria | AZ |
| Terpak | Suzanne | Canton | OH |
| Thomas | Carol | Tucson | AZ |
| Tuskey | Suzanne | Palmdale | CA |
| Vadnais | Duane | Edgewater | FL |
| Van Orsdol | Linda | Littleton | CO |
| Vesel | Susan | Cortaro | AZ |
| Voronkov | Michael | San Diego | CA |
| Voronkova | Laura | San Diego | CA |
| Walker | Jean "Lynn" | Hartsdale | NY |
| Weststeyn | Michelle | Fairview | TN |
| White | Philip | Newberg | OR |
| Willison | Charles | Joliet | IL |
| Willison | Janet | Joliet | IL |
| Wilson | Linda | Green Cove Springs | FL |
| Woods | Linda | Ashland | OR |
| Wozniak | Kim | Los Angeles | CA |
| Young | Glenwood | Upper Marlboro | MD |
| Zakrzewski | Mark | Mokena | IL |
| Zakrzewski | Sharon | Mokena | IL |
| Zuanich | Lori | Orange | CA |
| Zuanich | Tony | Orange | CA |