1  CHRISTOPHER WIMMER (SBN 263275)
   EMERGENT
2  25 Taylor Street
   San Francisco, California 94102
3  p: 415/894-9284
   f: 415/276-8929
4  e: chris@emergent.law

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SKURKIS, TRINADH BYLIPUDI, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ARMANDO MONTELONGO; ARMANDO MONTELONGO SEMINARS, LLC; PERFORMANCE ADVANTAGE GROUP, INC.; and 2015 LICENSE BRANDING, LLC;<br><br>　　　　　Defendants. | Case No. 3:16-cv-00972-KAW<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |



Pursuant to Civil Local Rule 3-15, the undersigned certifies on behalf of the plaintiffs in this matter that as of this date, other than the named parties, there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: February 29, 2016

Respectfully submitted,

EMERGENT

By: _____
Christopher Wimmer

Attorneys for Plaintiffs

1.
PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS: CASE NO. 3:16-cv-00972-KAW