1  CHRISTOPHER WIMMER (SBN 263275)
   EMERGENT
2  535 Mission Street, 14th Floor
   San Francisco, California 94105
3  p: 415/894-9284
   f: 415/276-8929
4  e: chris@emergent.law

5  Attorneys for Plaintiffs
   MICHELLE SKURKIS, TRINADH BYLIPUDI, et al.
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 MICHELLE SKURKIS, TRINADH        Case No. 3:16-cv-00972-YGR
   BYLIPUDI, et al.,
11                                  **NOTICE OF CHANGE OF FIRM NAME
         Plaintiffs,                AND ADDRESS**
12
   v.
13
   ARMANDO MONTELONGO; ARMANDO
14 MONTELONGO SEMINARS, LLC;
   PERFORMANCE ADVANTAGE GROUP,
15 INC.; and 2015 LICENSE BRANDING, LLC,

16       Defendants.

17

18

19

20

21

22

23

24

25

26

27

1  Please take notice that plaintiffs Michelle Skurkis, Trinadh Bylipudi, et al.'s
2 counsel has changed its firm name and physical and email addresses.  The new name and
3 addresses are:  Emergent, 535 Mission Street, 14th Floor, San Francisco, CA 94105,
4 chris@emergent.law.

6 Dated: March 28, 2016   Respectfully submitted,

7   EMERGENT

9   By: /s/ Christopher Wimmer
10   Christopher Wimmer

11   Attorneys for Plaintiffs MICHELLE SKURKIS, TRINADH BYLIPUDI, et al.