United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHELLE SKURKIS,** *et al.***,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**ARMANDO MONTELONGO,** *et al.***,**<br><br>    Defendants. | Case No.: 16-cv-0972 YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 19 |

On April 8, 2016, defendants filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(2). (Dkt. No. 19.)

On April 22, 2016, plaintiffs opposed the motion, indicating their intent to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Dkt. No. 26.) Plaintiffs filed an amended complaint on April 29, 2016. (Dkt. Nos. 28, 29.) In light of the filing of the amended complaint, defendants' motion to dismiss is **DENIED AS MOOT**. The hearing set for May 17, 2016, is **VACATED**.

This Order terminates Docket Number 19.

**IT IS SO ORDERED.**

Dated: May 3, 2016

*[signature]*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**