UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE SKURKIS, ET AL.,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**ARMANDO MONTELONGO, ET AL.,**<br><br>　　　　Defendants. | Case No. 16-cv-00972-YGR<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE SUPPLEMENTARY EVIDENCE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 46 |

The Court has reviewed plaintiffs' Request to File Supplementary Evidence in Support of Opposition to Motion to Dismiss. (Dkt. No. 46.) Based upon plaintiffs' showing, and good cause having been shown for the filing of the proposed supplementary evidence, the Request is hereby **GRANTED**.

This Order terminates Docket Number 46.

**IT IS SO ORDERED.**

Dated: July 26, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**