IT IS SO ORDERED

*Judge Yvonne Gonzalez Rogers*

10/3/2016

1  CHRISTOPHER WIMMER (SBN 263275)
   PETER ROLDAN (SBN 227067)
2  EMERGENT, PC
   535 Mission Street, 14th Floor
3  San Francisco, California 94105
   p: 415/894-9284
4  f: 415/276-8929
   e: chris@emergent.law
5  e: peter@emergent.law

6  Attorneys for the Student Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SKURKIS, TRINADH BYLIPUDI, et al., | Case No. 4:16-cv-00972-YGR |
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| v. | Complaint Filed: February 26, 2016 |
| ARMANDO MONTELONGO; ARMANDO MONTELONGO SEMINARS, LLC; PERFORMANCE ADVANTAGE GROUP, INC.; and 2015 LICENSE BRANDING, LLC; | Trial Date: Not set |
| Defendants. | |

NOTICE OF DISMISSAL: CASE NO. 4:16-cv-00972-YGR

1     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and in light of defendants'
2 concession that they are subject to general jurisdiction in Texas, the 163 student plaintiffs ("the
3 Students") provide notice of their dismissal, without prejudice, of this entire action. They will
4 refile their claims in the defendants' home state.

6 Dated: September 30, 2016      Respectfully submitted,

7      EMERGENT, PC

9      By: _____
10          Christopher Wimmer

11      Attorneys for the Student Plaintiffs

1.
NOTICE OF DISMISSAL: CASE NO. 4:16-cv-00972-YGR